Jordan Y. Crosby
David J. Grubich
UGRIN, ALEXANDER, ZADICK & HIGGINS, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007
E-mail: jyc@uazh.com; djg@uazh.com

*Attorneys for Defendant Suthern Bates*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| HEATHER PATE,<br><br>                    Plaintiff,<br>       -vs-<br><br>SUTHERN BATES and AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, Individually,<br><br>                    Defendants. | Case No. CV-17-75-M-DLC<br><br>**NOTICE OF SETTLEMENT** |

Defendant Suthern Bates hereby gives notice to the Court that the parties have reached a settlement in the above-entitled matter.  The parties request an order allowing them 30 days to file a stipulation for dismissal and submit a proposed order of dismissal.  The parties further request all current deadlines and settings be vacated.

DATED this 27th day of July, 2017.

        By: /s/ Jordan Y. Crosby
           Jordan Y. Crosby
           David J. Grubich
           UGRIN, ALEXANDER, ZADICK & HIGGINS, P.C.
           Attorneys for Defendant Bates