JORDAN Y. CROSBY
DAVID J. GRUBICH
UGRIN ALEXANDER ZADICK, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007
E-mail: jyc@uazh.com; djg@uazh.com
*Attorneys for Defendant Suthern Bates*

ELIZABETH W. LUND, ESQ.
Berg, Lilly & Tollefsen, P.C.
1 West Main
Bozeman, MT 59715
Tel: 406.587.3181
Fax: 406.587.3240
lund@berglawfirm.com
*Attorneys for Defendant American National
    Property and Casualty Company*

MARTIN W. JUDNICH
VINCENT J. PAVLISH
Law Office of Martin W. Judnich P.C.
501 S. Russell Street
Missoula, MT 59801
(406) 721-3354
judnich@gmail.com
*Attorneys for Plaintiff Heather Pate*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| HEATHER PATE,<br><br>　　　　　　　Plaintiff,<br>　　-vs-<br><br>SUTHERN BATES and AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, Individually,<br><br>　　　　　　　Defendants. | Case No. CV-17-75-M-DLC<br><br>**STIPLUATION FOR DISMISSAL WITH PREJUDICE** |

The parties have reached a comprehensive, final, and irrevocable settlement of the above-entitled case.

IT IS HEREBY STIPULATED between the parties, by and through their counsel of record, that the above-entitled action be dismissed with prejudice, with each party to bear their own fees and costs. For the Court's convenience a proposed Order of Dismissal With Prejudice accompanies this Stipulation.

DATED this 15th day of August, 2017.

/s/ Jordan Y. Crosby
UGRIN ALEXANDER ZADICK, P.C.
Attorneys for Defendant Bates

/s/ Elizabeth W. Lund
BERG, LILLY & TOLLEFSEN, P.C.
Attorneys for Defendant American National

/s/ Martin W. Judnich
LAW OFFICE OF MARTIN JUDNICH
Attorneys for Plaintiff Heather Pate