IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

AUG 15 2017

Clerk, U S  District Court
District Of Montana
Missoula

| | |
|---|---|
| HEATHER PATE,<br><br>    Plaintiff,<br><br>vs.<br><br>SUTHERN BATES and AMERICAN<br>NATIONAL PROPERTY AND<br>CASUALTY COMPANY,<br>Individually,<br><br>    Defendants. | CV 17–75–M–DLC<br><br>ORDER |

Pursuant to the parties Stipulation for Dismissal with Prejudice (Doc. 19), advising that parties have reached a comprehensive, final, and irrevocable settlement of the above-entitled case, and for good cause shown:

IT IS ORDERED, the above-entitled action is DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to CLOSE this case.

DATED this 15th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court